United States District Court
Southern District of Texas
**ENTERED**
December 09, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DARYL LICATINO, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:22-CV-00023 |
| CTCI AMERICAS, INC., *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order on Joint Motion to Dismiss with Prejudice (D.E. 35), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on December 9, 2022.

*[Signature]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE